```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RONNIE COLE, 91-A-9212,

                Plaintiff,              08-CV-699A(Sc)

      -vs-
                                        Motion for Extension
FISCHER, KIRKPATRICK, SCHUMACHER,       of Time
STICH, VENETOZZI, BELLAMY,
SHRODER, SKELLY, MALLOY, MCGUIRE,
HODGES, MEHNERT, TROTTER and
NIXON,
                Defendants.
_____
```

Defendants Fischer, Kirkpatrick, Schumacher, Stich, Venetozzi, Bellamy, Schroder, Skelly, Malloy, McGuire, Mehnert, Trotter and Nixon (the "Defendants"), hereby move this Court to extend all the Defendants' time to respond to the Plaintiff's Motion for Partial Summary Judgment, from November 20, 2009 to December 18, 2009, for the reasons set forth in the Declaration of Michael J. Russo, AAG, submitted herewith.  The Defendants' motion is to be heard at the United State Courthouse, 68 Court Street, Buffalo, NY, before the Hon. Hugh B. Scott, at a date and time to be set by the Court.

November 19, 2009

    ANDREW M. CUOMO
    Attorney General of the
      State of New York
    Attorney for Defendants
    FISCHER, KIRKPATRICK,
    SCHUMACHER,
    STICH, VENETOZZI, BELLAMY,
    SHRODER, SKELLY, MALLOY,
    MCGUIRE, MEHNERT, TROTTER and
    NIXON

    <u>s/Michael J. Russo, AAG</u>
    MICHAEL J. RUSSO
    Assistant Attorney General
    of Counsel
    350 Main Street
    Main Place Tower, Suite 300A
    Buffalo, New York 14202
    (716) 853-8479
    Michael.Russo@oag.state.ny.us

```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RONNIE COLE, 91-A-9212,

                Plaintiff,                      08-CV-699A(Sc)

        -vs-

FISCHER, KIRKPATRICK, SCHUMACHER, STICH,
VENETOZZI, BELLAMY, SHRODER, SKELLY,
MALLOY, MCGUIRE, HODGES, MEHNERT,
TROTTER and NIXON,
                Defendants.
_____
```

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2009 I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, and mailed a copy by first-class mail, postage pre-paid, to:

> Ronnie Cole (91-A-9212)
> Mohawk Correctional Facility
> 6100 School Road
> P.O. Box 8450
> Rome, NY 13440

DATED:   November 19, 2009
         Buffalo, New York

ANDREW M. CUOMO
Attorney General of the
  State of New York
Attorney for Defendants
FISCHER, KIRKPATRICK,
SCHUMACHER, STICH, VENETOZZI,
BELLAMY, SHRODER, SKELLY,
MALLOY, MCGUIRE, MEHNERT,
TROTTER and NIXON
BY:
        s/ Michael J. Russo

MICHAEL J. RUSSO
Assistant Attorney General
   of Counsel
Main Place Tower-Suite 300A,
350 Main St.
Buffalo, New York  14202
(716) 853-8479
Michael.Russo@oag.state.ny.us