UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RONNIE COLE,   08-CV-699A

        Plaintiff,   MOTION FOR EXTENSION
                           OF TIME

    -against-

FISCHER, KIRKPATRICK, SCHUMACHER,
STICH, VENETOZZI, BELLAMY, SHRODER,
SKELLY, MALLOY, MCGUIRE, HODGES,
MEHNERT, TROTTER, and NIXON,

        Defendant(s).



---

    Plaintiff Ronnie Cole (the "Plaintiff"), hereby move this Court to: (a) extend the Plaintiff's time to respond to bouth of the Defendant's Cross Motion in Respose to plaintiff's Motion For Partial Summary Judgment, witch Bouth Attorney's Mr. Michael J. Russo Counselor for all other Defendant's but not defendant MYRON HODGES, witch a W. JAMES SCHWAN are that defendants Counselor.

(b)    Plaintiff receive Mr. Schwan Cross Motion For Summary Judgment by defendant MYRON HODGES, as of December 21, 2009, and Mr. Russo Cross Motion, Declaration of Captain Casaciel, Mr. Russo Declaration, Memorandum of Law, and Statement of Undisputed Facts, also on December 21, 2009. (c) Plaintiff request that this Court grant the plaintiff a 30 day extension of time to answer bouth Attorney's Cross Motion's and all other motion's listed above from Mr. Russo, witch plaintiff seek have the Honorable Court extened the time from January 7 with would be the 10 day's for plaintiff's due response to bouth Attorney's Cross Motion Mr. Schwan for out right Cross Motion For Summary Judgment for the defendant MYRON HODGES, and Mr. Russo Cross Motion for partial Summary Judgment. (d) As the Court are awere the plaintiff are acting Pro Se, housed within the Waslh (RMU") Regional Medical Unit because of many medical problem's, Pending New Surgury because of failure of the July 28, 2009 procedure, plaintiff bring to this Honorable Court attetion that it is impossable for the plaintiff to read, research, draft, foward to Law Library Law Clerk for review, correction's, re-type, Copie's for all partie's as well as the Orginal file with the Court and a "courtesy coipe" for the Judge HUGH B. SCOTT, united States Magistrate Judge, all within 10 day's.

(e)   For the reasons set forth in the Declaration of Ronnie Cole, plaintiff State Prisoner acting Pro Se, submitted herewith. The plaintiff's motion is to be heard at the United States Courthouse, 68 Court Street, Buffalo, New York before the **Hon. HUGH B. SCOTT**, at a date and time to be set by the Court.

Respectfuly submitted,

*Ronnie Cole*

DATED:  ROME, NEW YORK
        DECEMBER 24, 2009

RONNIE COLE PLAINTIFF PRO SE
WALSH("RMU")REGIONAL MEDICAL UNIT/
MOHAWK CORRECTIONAL FACILITY
6100 School Road P.O. Box 8451
ROME, NEW YORK 13442-8451