UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RONNIE COLE, 91-A-9212,

        Plaintiff,                                  08-CV-699A

-vs-

                                                            Motion for Extension
FISCHER, KIRKPATRICK, SCHUMACHER,       of Time
STICH, VENETOZZI, BELLAMY,
SHRODER, SKELLY, MALLOY, MCGUIRE,
HODGES, MEHNERT, TROTTER and
NIXON,
        Defendants.
_____

        Defendants FISCHER, KIRKPATRICK, SCHUMACHER, STICH, VENETOZZI, BELLAMY, SHRODER, SKELLY, MALLOY, MCGUIRE, MEHNERT, TROTTER and NIXON hereby move this Court to extend their time to file a response to the Plaintiff's motion to compel, from February 26, 2010 to March 19, 2010, and to extend their time to file a reply in support of their cross-motion for summary judgment from February 25, 2010 to March 19, 2010, which motion is to be heard at the United State Courthouse, 68 Court Street, Buffalo, NY, at a date and time to be set by the Court, for the reasons set forth in the Declaration of Michael J. Russo, submitted herewith.

Dated: February 25, 2010

                ANDREW M. CUOMO
                Attorney General of the
                  State of New York
                Attorney for Defendants FISCHER,
                KIRKPATRICK, SCHUMACHER, STICH,
                VENETOZZI, BELLAMY, SHRODER,
                SKELLY, MALLOY, MCGUIRE,
                MEHNERT, TROTTER and NIXON

                <u>s/Michael J. Russo, AAG</u>
                MICHAEL J. RUSSO
                Assistant Attorney General
                of Counsel
                350 Main Street
                Main Place Tower, Suite 300A
                Buffalo, New York 14202
                (716) 853-8479
                Michael.Russo@oag.state.ny.us

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RONNIE COLE, 91-A-9212,

        Plaintiff,                               08-CV-699A

-vs-

FISCHER, KIRKPATRICK, SCHUMACHER,
STICH, VENETOZZI, BELLAMY,
SHRODER, SKELLY, MALLOY, MCGUIRE,
HODGES, MEHNERT, TROTTER and
NIXON,
        Defendants.
_____

## CERTIFICATE OF SERVICE

      I hereby certify that on February 25, 2010, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system.

      And, I hereby certify that on February 25, 2010 , I mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participant at the following address:

           Ronnie Cole, 91-A-9212
           Mohawk Correctional Facility
           Walsh Regional Medical Unit
           6100 School Road
           P.O. Box 8450
           Rome, NY 13440

                        ANDREW M. CUOMO
                        Attorney General of the
                          State of New York
                        Attorney for Defendants
                        BY:

                        s/ Michael J. Russo
                        MICHAEL J. RUSSO
                        Assistant Attorney General
                            of Counsel
                        NYS Office of the Attorney General
                        350 Main Street
                        Main Place Tower, Suite 300A
                        Buffalo, New York 14202
                        (716) 853-8479
                        Michael.Russo@oag.state.ny.us